DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-06-00379-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

ACE AMERICAN LLOYDS

INSURANCE COMPANY, §          APPEAL FROM THE
114TH

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

HENRY GILBERT AND 

KARLA GILBERT,  §          SMITH COUNTY, TEXAS

APPELLEES




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant has filed a motion to
dismiss this appeal.  A copy of the
motion has been sent to all counsel of record. 
Because Appellant has met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.  

Opinion delivered May 2, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

(PUBLISH)